IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JARED AUSTIN TWOMEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:18-cv-1653-GMB |
| TYLER WAID, *et al.*, | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Come now the parties, Plaintiff Jared Austin Twomey and Defendant Tyler Waid, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, jointly stipulate to the dismissal, with prejudice, of all claims that the Plaintiff has asserted against the Defendant, with each party to bear its own costs.

Done this 6th day of August, 2021.

Respectfully submitted,

*Patricia A. Gill*
Patricia A. Gill
*patriciagill@yahoo.com*
PATRICIA A. GILL, P.C.
P.O. Box 55304
Birmingham, Alabama 35255
Phone: (205) 930-9800
Fax: (205) 930-9809

*Attorney for Plaintiff Jared Austin Twomey*

_____
Donald R. James, Jr.
*rjames@dillardmcknight.com*

_____
Joel E. Dillard
*jdillard@dillardmcknight.com*

DILLARD, MCKNIGHT, JAMES
& MCELROY, LLP
2700 Highway 280, Suite 110 East
Birmingham, Alabama 35223
Phone: (205) 271-1100
Fax: (205) 271-1108

OF COUNSEL:
Robert M. Spence
SMITH & STAGGS, LLP
702 22nd Avenue, Suite 1
Tuscaloosa, Alabama 35401
Phone: (205) 409-3140
Fax: (205) 409-3144
Email: *rspence@smithstaggs.com*

Travis R. Wisdom
THE WISDOM FIRM LLC
2353 Bent Creek Road, Suite 100
Auburn, Alabama 36830
Phone: (334) 826-0722
Fax: (334) 826-0771
Email: *Travis@AuburnLegal.com*

*Attorneys for Defendant Tyler Waid*